# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

PAu 3-653-745

Effective date of registration:

September 28, 2012

---

## Title

**Title of Work:** The Sibling

## Completion/Publication

**Year of Completion:** 2012

## Author

- **Author:** Sibling The Movie, LLC
- **Author Created:** entire motion picture
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Sibling The Movie, LLC
c/o Law Offices of Elsa Ramo, 315 S. Beverly Dr., Ste. 412, Beverly Hills, CA, 90212

## Limitation of copyright claim

**Material excluded from this claim:** script/screenplay
**New material included in claim:** production as a motion picture

## Certification

- **Name:** Erika Canchola
- **Date:** September 25, 2012

**Correspondence:** Yes

Registration #: PAU003653745
Service Request #: 1-828371331

Law Offices of Elsa Ramo
Erika Canchola
315 S. Beverly Drive
Suite 412
Beverly Hills, CA 90212