| No | IP Address | GUID | P2PClient | HitDateUTC (MM/DD/YY) | Title | RightsOwner | FileName | FileHash | ISP | District | city |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 64.5.64.89 | 2D5554333233302D21708EAC1B8FC24C5CAED2C9 | µTorrent 3.2.3 | 05/03/2013 05:01:16 PM | The Sibling | Sibling the Movie LLC | A.Resurrection.2013.DVDRip.XviD-3LT0N | SHA1: 395D7D998161206992BD92ACD83BEA0C20DD6793 | Long Lines Internet | Iowa Northern D | Sergeant Bluff |
| 2 | 173.215.35.229 | 2D415A343530342D38304B695563796B76573639 | Vuze 4.5.0.4 | 04/30/2013 08:55:45 PM | The Sibling | Sibling the Movie LLC | A.Resurrection.2013.DVDRip.XviD-3LT0N | SHA1: 395D7D998161206992BD92ACD83BEA0C20DD6793 | netINS | Iowa Northern D | Arcadia |
| 3 | 65.131.173.43 | 2D4445323131302D4C782D7A50336630734F5971 | Deluge 2.1.1.0 | 04/25/2013 01:27:38 AM | The Sibling | Sibling the Movie LLC | A.Resurrection.2013.DVDRip.XviD-3LT0N | SHA1: 395D7D998161206992BD92ACD83BEA0C20DD6793 | CenturyLink | Iowa Northern D | Sioux City |
| 4 | 173.215.35.147 | 2D415A343530342D4F784970713975683274 5162 | Vuze 4.5.0.4 | 04/19/2013 02:43:33 PM | The Sibling | Sibling the Movie LLC | A.Resurrection.2013.DVDRip.XviD-3LT0N | SHA1: 395D7D998161206992BD92ACD83BEA0C20DD6793 | netINS | Iowa Northern D | Arcadia |
| 5 | 173.24.249.120 | 2D55543334302D005F730F336C719A4F1222C535 | µTorrent 3.4.0 | 04/17/2013 07:08:12 PM | The Sibling | Sibling the Movie LLC | A.Resurrection.2013.DVDRip.XviD-3LT0N | SHA1: 395D7D998161206992BD92ACD83BEA0C20DD6793 | Mediacom Communications | Iowa Northern D | Dubuque |
| 6 | 166.181.82.82 | 2D5554333330302D68731E3C65DFBBAE7EDEF071 | µTorrent 3.3.0 | 04/15/2013 11:21:16 PM | The Sibling | Sibling the Movie LLC | A.Resurrection.2013.DVDRip.XviD-3LT0N | SHA1: 395D7D998161206992BD92ACD83BEA0C20DD6793 | Wireless Data Service Provider Corporation | Iowa Northern D | Cedar Rapids |
| 7 | 166.181.83.82 | 2D5554333330302D687336727DFD4E444A4B4237 | µTorrent 3.3.0 | 04/15/2013 11:18:57 PM | The Sibling | Sibling the Movie LLC | A.Resurrection.2013.DVDRip.XviD-3LT0N | SHA1: 395D7D998161206992BD92ACD83BEA0C20DD6793 | Wireless Data Service Provider Corporation | Iowa Northern D | Marion |
| 8 | 63.152.122.173 | 2D4243303133342DD6F224F093026133219724A2 | BitComet 1.34 | 04/15/2013 03:08:42 AM | The Sibling | Sibling the Movie LLC | A.Resurrection.2013.DVDRip.XviD-3LT0N | SHA1: 395D7D998161206992BD92ACD83BEA0C20DD6793 | CenturyLink | Iowa Southern D | Coralville |
| 9 | 63.152.65.146 | 2D5554333330302D1673E224C7CCF6E584CB9621 | µTorrent 3.3.0 | 04/11/2013 08:17:00 AM | The Sibling | Sibling the Movie LLC | A.Resurrection.2013.DVDRip.XviD-3LT0N | SHA1: 395D7D998161206992BD92ACD83BEA0C20DD6793 | CenturyLink | Iowa Northern D | Marion |
| 10 | 173.19.193.52 | 2D5554333233302D217062676272ABB0367BFCF8 | µTorrent 3.2.3 | 03/29/2013 10:22:33 PM | The Sibling | Sibling the Movie LLC | A.Resurrection.2013.DVDRip.XviD-3LT0N | SHA1: 395D7D998161206992BD92ACD83BEA0C20DD6793 | Mediacom Cable | Iowa Northern D | Badger |
| 11 | 69.57.202.10 | 2D415A343831322D77486F464A50457870423154 | Vuze 4.8.1.2 | 03/29/2013 01:59:33 AM | The Sibling | Sibling the Movie LLC | A.Resurrection.2013.DVDRip.XviD-3LT0N | SHA1: 395D7D998161206992BD92ACD83BEA0C20DD6793 | The Municipal Communications Utility of the City o | Iowa Northern D | Grundy Center |
| 12 | 207.177.89.158 | 4D372D372D332D2D2270251E2DA36C90342CBBEC | BitTorrent 7.7.3 | 03/23/2013 04:46:24 AM | The Sibling | Sibling the Movie LLC | A.Resurrection.2013.DVDRip.XviD-3LT0N | SHA1: 395D7D998161206992BD92ACD83BEA0C20DD6793 | Iowa Network Services | Iowa Northern D | Lake Mills |
| 13 | 70.58.139.81 | 2D5554333233302D21707E34C9CB91B4EBC650BA | µTorrent 3.2.3 | 03/22/2013 04:06:27 AM | The Sibling | Sibling the Movie LLC | A.Resurrection.2013.DVDRip.XviD-3LT0N | SHA1: 395D7D998161206992BD92ACD83BEA0C20DD6793 | CenturyLink | Iowa Northern D | Hampton |
| 14 | 209.252.168.145 | 2D415A343830302D336E374344466669504F526A | Vuze 4.8.0.0 | 03/16/2013 01:41:08 PM | The Sibling | Sibling the Movie LLC | A.Resurrection.2013.DVDRip.XviD-3LT0N | SHA1: 395D7D998161206992BD92ACD83BEA0C20DD6793 | PAETEC Communications | Iowa Northern D | Cedar Rapids |
| 15 | 65.101.95.226 | 2D5554333330302DB771D2CC4A84366D1FF02AC8 | µTorrent 3.3.0 | 03/16/2013 10:22:51 AM | The Sibling | Sibling the Movie LLC | A.Resurrection.2013.DVDRip.XviD-3LT0N | SHA1: 395D7D998161206992BD92ACD83BEA0C20DD6793 | CenturyLink | Iowa Northern D | Dubuque |
| 16 | 174.126.184.7 | 2D415A343530342D42667449516C705738347772 | Vuze 4.5.0.4 | 03/16/2013 09:44:58 AM | The Sibling | Sibling the Movie LLC | A.Resurrection.2013.DVDRip.XviD-3LT0N | SHA1: 395D7D998161206992BD92ACD83BEA0C20DD6793 | Cable One | Iowa Northern D | Sioux City |
| 17 | 208.126.153.161 | 2D4D47323108302D4E73462867574C534D704C50 | MediaGet 2.01 | 03/16/2013 03:50:54 AM | The Sibling | Sibling the Movie LLC | A.Resurrection.2013.DVDRip.XviD-3LT0N | SHA1: 395D7D998161206992BD92ACD83BEA0C20DD6793 | Iowa Network Services | Iowa Northern D | Victor |
| 18 | 97.64.160.94 | 2D415A343930302D4179596971436D6A526F7871 | Vuze 4.9.0.0 | 03/16/2013 01:52:42 AM | The Sibling | Sibling the Movie LLC | A.Resurrection.2013.DVDRip.XviD-3LT0N | SHA1: 395D7D998161206992BD92ACD83BEA0C20DD6793 | Mediacom Cable | Iowa Northern D | Waukon |
| 19 | 67.212.123.111 | 2D415A343530342D56614D6C7342783579457A63 | Vuze 4.5.0.4 | 03/16/2013 12:22:52 AM | The Sibling | Sibling the Movie LLC | A.Resurrection.2013.DVDRip.XviD-3LT0N | SHA1: 395D7D998161206992BD92ACD83BEA0C20DD6793 | The Municipal Communications Utility of the City o | Iowa Northern D | Cedar Falls |
| 20 | 173.23.99.78 | 2D5554333233302D2170DBEFF30556C3DEAAB0E7 | µTorrent 3.2.3 | 03/15/2013 08:41:36 PM | The Sibling | Sibling the Movie LLC | A.Resurrection.2013.DVDRip.XviD-3LT0N | SHA1: 395D7D998161206992BD92ACD83BEA0C20DD6793 | Mediacom Cable | Iowa Northern D | Fort Dodge |